**Troy POLSON, Appellant,**

v.

**MISSOURI DEPARTMENT OF PROBATION AND PAROLE, Respondent.**

**WD 78593**

Missouri Court of Appeals, Western District.

ORDER FILED: May 31, 2016

Troy Polson, Licking, MO, Appellant Acting Pro Se.

Stephen Hawke, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Mr. Troy Poison files this appeal *pro se* from the circuit court's judgment granting the Missouri Department of Probation and Parole's (Department's) motion for judgment on the pleadings and denying his declaratory-judgment petition.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).